Date Signed:
December 21, 2015



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| In Re: | ) | Chapter 7 |
|---|---|---|
| DONALD VAN HOUTEN TOTTEN, JR. | ) | Case No. 12-00332 |
| Debtor, | ) | FINAL JUDGMENT |
| DANE S. FIELD as Bankruptcy Trustee for DONALD VAN HOUTEN TOTTEN, JR. | ) | Adversary Proceeding No. 13-90040 |
| Plaintiff. vs. | ) | |
| DAVID BRYAN WEINBERG, | ) | |
| Defendant. | ) | Related Dkt. No. 40 |

## FINAL JUDGMENT

FINAL JUDGMENT IS HEREBY ENTERED in favor of Plaintiff DANE S. FIELD as Bankruptcy Trustee for DONALD VAN HOUTEN TOTTEN JR., and against Defendant DAVID BRYAN WEINBERG, in the principal amount of $1,525,000.00, together with the pre-judgment interest at the rate of 4.0% from April 28, 2006, in addition to court costs of $293.00 and sheriff's fees of $324.00.

### END OF ORDER

ROBERT S. HOLLAND          #4238
Suite 1600, 900 Fort Street
Honolulu, Hawaii 96813
Telephone No. 538-7434

Special Counsel for
Trustee Dane S. Field as Bankruptcy Trustee
for DONALD VAN HOUTEN TOTTEN, JR.

DANE S. FIELD as Bankruptcy Trustee for DONALD VAN HOUTEN TOTTEN, JR. vs. DAVID BRYAN WEINBERG          Adversary Proceeding No. 13-90040
UNITED STATES BANKRUPTCY COURT DISTRICT OF HAWAII
 "*Final Judgment*"